B6F (Official Form 6F) (12/07)

In re    **Jose L Ortiz,**
       **Shirley Ortiz**                                                                                                   Case No.   **07-15977**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America<br>Po Box 15311<br>Wilmington, DE 19884** | | J | | | | | 26,227.44 |
| Account No.<br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | | J | | | | | 5,119.81 |
| Account No.<br>**Chase<br>Po Box 15153<br>Wilmington, DE 19886** | | J | | | | | 11,251.31 |
| Account No.<br>**Circuit City Visa<br>Po box 15678<br>Wilmington, DE 19885** | | J | | | | | 4,462.95 |
|   **3**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 47,061.51 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose L Ortiz,**
**Shirley Ortiz**

Case No. **07-15977**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Circuity City/Chase**<br>**Po Box 100019**<br>**Kennesaw, GA 30156** | | J | | | | | 440.00 |
| Account No.<br>**Citi**<br>**1000 Technology Drive**<br>**O Fallon, MO 63368** | | J | | | | | 800.00 |
| Account No. **xxx3939**<br>**Creditors Collection B (Original Cr**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | W | Opened 9/15/08 Last Active 12/01/08<br>Collection Greater Elgin Emergency Specia | | | | 242.00 |
| Account No. **xxx7263**<br>**Creditors Collection B (Original Cr**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | W | Opened 10/01/08 Last Active 1/08/09<br>Collection Greater Elgin Emergency Specia | | | | 10.00 |
| Account No. **xxxxxxxxxxxxx0001**<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | W | Opened 1/02/09 Last Active 10/07/10<br>Educational | | | | 8,063.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **9,555.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose L Ortiz,**
       **Shirley Ortiz**                                                     Case No.  __**07-15977**__
_____,
                                    Debtors
## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Firestone** <br>**Credit First National Assoc** <br>**Po Box 81083** <br>**Cleveland, OH 44181** | | J | | | | | **1,240.00** |
| Account No. <br><br>**Halerm Furniture** <br>**Po Box 659704** <br>**San Antonio, TX 78265** | | J | | | | | **249.00** |
| Account No. <br><br>**IDAPP** <br>**Po box 707** <br>**Chicago, IL 60673** | | J | | | | | **Unknown** |
| Account No. **xxxxxxxx7352** <br><br>**Kohls/Chase** <br>**N56 W 17000 Ridgewood Dr** <br>**Menomonee Falls, WI 53051** | | W | Opened 3/25/02 Last Active 10/05/10 CreditCard | | | | **2,886.00** |
| Account No. <br><br>**Mernards** <br>**Retail Services** <br>**Po box 17298** <br>**Baltimore, MD 21297** | | J | | | | | **2,908.00** |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,283.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose L Ortiz,**
     **Shirley Ortiz**

Case No. **07-15977**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sears**<br>**Po Box 182149**<br>**Columbus, OH 43218** | | J | | | | | 600.00 |
| Account No.<br>**Target**<br>**PO box 59317**<br>**Minneapolis, MN 55459** | | J | | | | | 740.00 |
| Account No.<br>**The Home Depot**<br>**Processing Center**<br>**Des Moines, IA 50364** | | J | | | | | 2,581.00 |
| Account No.<br>**Wells Fargo**<br>**Po box 5169**<br>**Sioux Falls, SD 57117** | | J | | | | | 660.86 |
| Account No. **x9620**<br>**Wfnnb/Ny&C**<br>**Po Box 182789**<br>**Columbus, OH 43218** | | W | Opened 12/01/92 Last Active 3/08/07<br>ChargeAccount | | | | 41.00 |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,622.86**

Total (Report on Summary of Schedules)    **68,522.37**